UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mason Hermann,

      Plaintiff,

v.

The City of Minneapolis and,
Michael Osbeck in his individual capacity
as a Minneapolis Police Officer,

      Defendants.

Case No. 0:24-cv-03765-PAM-JFD

**STIPULATION TO TEMPORARILY STAY THE CASE**

      Whereas, the parties have reached a settlement of this matter contingent upon City Council and Mayoral Approval;

      Whereas, the current deadlines would require litigation activities to occur that would create unnecessary expense and otherwise undermine the goals of the contemplated settlement;

      Whereas, the Defendants anticipate that the latest this matter would be heard for approval by the city council is in the month of September and that, if approved, the dispersal of settlement funds would be accomplished by the end of October;

      Whereas, the parties agree that a temporary stay of this matter pending city council approval is the most efficient and effective way to maintain the integrity of the contemplated settlement but allow the parties to maintain their ability to properly litigate this matter in the event of nonapproval.

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1.	This action shall be temporarily stayed effective immediately;

2.	By November 1, 2025, the parties shall either file (a) a stipulation for dismissal in the event of approval; (b) a proposed amended scheduling order in the event of nonapproval; or (c) a letter setting forth the good cause as to why the settlement has not been finalized, along with a proposed timeline for further proceedings.

Dated: August 12, 2025                              **STORMS DWORAK LLC**

                                                    <u>/s/ *Jeffrey S. Storms*</u>
                                                    Jeffrey S. Storms (0387240)
                                                    Ryan O. Vettleson (312915)
                                                    Naomi E. H. Martin (402332)
                                                    222 South 9th Street, Suite 470
                                                    Minneapolis, MN 55402
                                                    Phone: 612-455-7055
                                                    Fax: 612-455-7051
                                                    jeff@stormsdworak.com
                                                    ryan@stormsdworak.com
                                                    naomi@stormsdworak.com

                                                    Attorneys for Plaintiff

Dated: August 12, 2025                              KRISTYN ANDERSON
                                                    City Attorney

                                                    <u>/s/ *Heather P. Robertson*</u>
                                                    Sharda Enslin (#0389370)
                                                    Heather P. Robertson (#0390470)
                                                    Kristin R. Sarff (#0388003)
                                                    Assistant City Attorneys
                                                    350 South Fifth Street, Room 210
                                                    Minneapolis, MN 55415
                                                    (

(612) 299-2742
sharda.enslin@minneapolismn.gov
heather.robertson@minneapolismn.gov
kristin.sarff@minneapolismn.gov

Attorneys for Defendant City of Minneapolis