UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mason Hermann,

      Plaintiff,

v.

The City of Minneapolis

      Defendant,

Case No. 0:24-cv-03765-PAM-JFD

**ORDER TO TEMPORARILY STAY CASE**

Whereas, the parties' Stipulation to Temporarily Stay the Case ("Stipulation") came before this Court on the papers [Dkt. No. 30];

Whereas, the pending settlement detailed in the Stipulation provides good cause to grant the Stipulation;

Now therefore, **IT IS HEREBY ORDERED** that:

1. This action shall be temporarily stayed effective immediately;

2. The dates and deadlines in the Order for Settlement Conference [Dkt. No. 23] are vacated.

3. By November 1, 2025, the parties shall either file (a) a stipulation for dismissal in the event of approval; (b) a proposed amended scheduling order in the event of nonapproval; or (c) a letter setting forth the good cause as to why the

settlement has not been finalized, along with a proposed timeline for further proceedings.

Dated: August 12, 2025                                *s/ John F. Docherty*
                                                      JOHN F. DOCHERTY
                                                      United States Magistrate Judge