UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mason Hermann, | Case No. 24-CV-3765 (PAM/JFD) |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| City of Minneapolis, et al | |
| Defendants. | |

The parties, by and through their undersigned counsel, stipulate that the Court may dismiss all claims and Defendants with prejudice and without costs or fees to any party.

Dated: November 4, 2025

**STORMS DWORAK LLC**

/s/Jeffrey Storms
Jeffrey S. Storms, #387240
Ryan O. Vettleson, #312915
Naomi E. H. Martin, #402332
222 South Ninth Street, Suite 470
Minneapolis, MN 55402
Telephone: 612.455.7050
jeff@stormsdworak.com
ryan@stormsdworak.com
naomi@stormsdworak.com

*Attorneys for Plaintiff Mason Hermann*

Dated: November 4, 2025

KRISTYN M. ANDERSON
City Attorney
By
/s/Heather P. Robertson
HEATHER P. ROBERTSON (#0390470)
KRISTIN R. SARFF (#0388003)
SHARDA ENSLIN (#0389370)
Assistant City Attorneys
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 299-2742
heather.robertson@minneapolismn.gov
kristin.sarff@minneapolismn.gov
sharda.enslin@minneapolismn.gov

*Attorneys for Defendants City of Minneapolis and Officer Michael Osbeck*

1