# UNITED STATES DISTRICT COURT
## District of Minnesota

Mason Hermann

           Plaintiff,

v.

City of Minneapolis, Michael Osbeck

           Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 24-cv-03765-PAM-JFD

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is **DISMISSED with prejudice**, and without costs or fees to any party.

Date: 12/1/2025

KATE M. FOGARTY, CLERK